IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

v.

JANET NETTERS AUSTIN

No. 05cr20110-2-B
No. 05cr20111-2-B

---

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

This cause came on for an Arraignment on April 27, 2005. At this time, appointed counsel did not appear. The Court reset the Arraignment date to **Wednesday, May 4, 2005 at 9:30 a.m. before Magistrate Judge S. Thomas Anderson**.

It is therefore ORDERED that the time period of 4/27/05 through 5/4/05 is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161 (h)(3)(A).

This 27 day of April, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20111 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT