IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

V.

JANET N. AUSTIN

Cr. No. 05-20110-02-B
05-20111-02-B

## ORDER SPECIFYING PERIOD OF DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day asked the Court to appoint counsel to represent her in this matter. The request was granted. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay to allow continuity of counsel.

IT IS THEREFORE ORDERED that the time period of 05/04/05 through 05/11/05 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, 05/11/05 at 9:30 a.m. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE: May 09, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-16-05

50

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CR-20111 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT